IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CIVIL DIVISON

| | | |
|---|---|---|
| JAMES JACOBS, <br> BARBARA STEPHENS, <br>     PLAINTIFFS <br><br> V. <br><br> JOHN W. DEES-DEES LAW FIRM; <br> PATRICT PHILYAW-RALEIGH LAND & <br> TIMBER ASSOCIATES; VICTOR BOSE - <br> PA NOTARY PUBLIC; ROBERT E. BETHEA SR. <br> AND HENRIETTA BETHEA; WILLIAM C. <br> DAUGHTRY AND GEORGE AUTRY-FARM <br> & LAND REALTY, <br><br>     DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NO. |

## COMPLAINT

### PLAINTIFFS

AND NOW COMES, James Jacobs and Barbara Stephens, the plaintiffs, proceeding pro se

Who hereby bring the instant cause of action alleging Fraud, False Representation, Concealment,

Procuring by Deception, and in support thereof respectfully represents the following:

### PARTIES INVOLVED:

1. James Jacobs is a citizens of the United States of America, who resides at 324 west 9th

Chester Pennsylvania, 19013.

2. Barbara Stephens is a citizens of the United States of America who resides at 325 west 9th

Chester Pennsylvania, 19013.     (1)

## DENFENDANTS

3. The estate of Victor M. Bose (deceased), was a citizens of the United States of America and the Notary Public in Chester Township, PA, who resides at 1823 west 12th Street.

4. John W. Dees, of Dees, Smith, Powell, Jarrett, Dees & Jones (LLP), located at 100 North William, Street, Goldsboro, North Carolina 27530, is a citizen of the United States of America . Residence: unknown.

5. Patrick L. Philyaw, owner of Raleigh Land & Timber Associates, (LLC), is a citizen of the United States of America and resides at 518 lake Gaston Drive, Fuquay Varina, North Carolina 27526-59, also a corporation doing business in the state of North Carolina with an office at P.O. Box 37237, Raleigh North Carolina.

6. Robert E. Bethea Sr. is a citizen of the United States of America, who reside at 7158 Pecan Street, Wade, North Carolina 28395. Robert Sr. is affiliated with Poor Boy's Incorporated located at 7368 Main Street Wade, North Carolina 28395.

7. Henietta Bethea is a citizen of the United States of America, who reside at 7158 Street Wade, North Carolina 28395, Henrietta is the President of Poor Boy's Incorporated, located at 7368 Main Street Wade, North Carolina 28395.

8. William C. Daughtry is a citizen of the United States of America who reside at 4069 Church Street Wade, North Carolina 28395. William C. Daughtry is also affiliated with Poor Boy's Incorporated, located at 7368 Main Street Wade, North Carolina 28395.

9. George Autry is a citizen of the United States of America and the owner of Farm & Land Realty, located at 2092 Field Road Fayetteville, North Carolina 28306, also affiliated with Poor Boy's Incorporated, located at 7368 Main Street Wade, North Carolina 28395. Reside at 4032 Ardenwood Dr., Fayetteville North Carolina 28306.

(2)

10. Pursuant to Diversity of Citizenship jurisdiction is conferred upon this court under the Federal and local Rule of civil procedure

11. The Plaintiffs are sibling.

12. The Plaintiffs are two (2) of the four (4) owners of the land/parcels: 0581-55-7997 (0.88 acres); 0581-56-5426 (8.84 acres); 0581-65-0601 (4.97 acres), located in Wade, North Carolina and listed on the original deed.

13. Plaintiffs are two (2) of the four (4) grantors of the original deed to the land/parcels: 0582-55-7997 (0.88 acres); 0581-56-5426 (8.84 acres); 0581-65-0601 (4.97 acres), located in Wade, North Carolina 28395 see Exhibit, (A).

14. The four grantors on the original deed are: James R. Jacobs, (deceased), Erma Jacobs, And Plaintiffs.

15. On or around August 26, 2002, Defendant Patrick Philyaw contacted Erma James about purchasing timber on land/parcels: 0581-55-7997 (0.88 acres); 0518-56-5426 (8.84 acres); 0581-65-0601 (4.97 acres) see, Exhibit (B).

16. During that period of time Erma Jacobs was suffering from severe cognitive impairment, later diagnosed as Dementia and Alzheimer's disease.

17. At no time during that time was the other three grantors made aware of defendant Patrick Philyaw,s request to purchas timber or any nrgotiations with Erma Jacobs for said Timber.

(3)

18. After defendant Patrick Philyaw initial contact with Erma Jacobs, Concerning the purchase of timber on the land/parcels: 0581-55-7997 (0.88 acres); 0581-56-5426 (8.84 acres); 0581-65-0601 (4.97 acres); located in Wade North Carolina, 28395, the defendant Patrick Philyaw's interest grew to wanting to purchase the land altogether.

19. For the purpose of acquiring the land/parcels: 0581-557997 (0.88 acres); 0581-56-5426 (8.84 acres); 0518-65-0601 (4.97 acres), located in Wade North Carolina, 28395, the defendant Patrick Philyaw hired the defendant John W. Dees, Esquire.

20. The defendant John Dees drafted documents labeled "Warranty Deed," which contained lines for only three (3) signatures when there should have been four. The Warranty Deed did not contain a line for the fourth grantor, Plaintiff James Jacobs. See, Exhibit (C).

21. On or around August 26, 2002, the defendant Patrick Philyaw initiated a second contact with Erma Jacobs, through his attorney John W. Dees, Esquire, for the purpose of negotiating The purchase of land/parcels: 0581-55-7997 (0.88 acres); 0581-56-5426 (8.84 acres); 0581-65-0601 (4.97 acres), located in Wade North Carolina, 28395.

22. At no time during this period of time did the other three owners of said land/parcels; 0581-55-7997 (0.88 acres); 0581-56-5426 (8.84 acres); 0581-65-0601 (4.97); know any negotiations to purchase said parcels was taking place.

(4)

23. The defendant John W. Dees mailed/faxed the Warranty Deed to Erma Jacobs to be signed by the grantors listed on the deed, with instructions to a notary known to the Defendants, see Exhibit (D).

24. On or around September 10, 2002, Erma Jacobs received the drafted documents, Unbeknownst to the other three (3) grantors and took them to the Notary Public, Victor Bose.

25. The defendant Victor Bose, who was a licensed/authorized PA Notary Public confirmed The presence of all four (4) grantors upon his notary seal for the sale of the real property, land Parcels: 0581-55-7997 (0.88 acres); 0581-55-7997 (0.88 acres); 0581-65-5426 (8.84 acres); 0581-65-0601 (4.97 acres) located in Wade North Carolina 28395, see Exhibit (E).

26. Plaintiffs and James R. Jacobs (deceased) were not Present.

## ACTS COMPLAINED OF IN THIS SUIT

27. While investigating/researching a matter involving members of his family the Plaintiff James Jacobs uncovered all of the forgoing information.

28. Based on that information the Plaintiffs realized for the first time that the land/parcels: 0581-55-7997 (0.88 acres); 0581-56-5426 (8.84 acres); 0581-65-0601 (4.97acres), located in Wade North Carolina, 28395, had been sold in what is an illegal transcation.

(5)

29. The Plaintiffs also realized that the defendants had swindled their mother Erma Jacobs, who was incompetent at the time of the transaction due to severe cognitive impairment.

30. The Plaintiffs learned of the transaction underlying the purported sale of the property In February, 2016

31. That was the first time the Plaintiffs learned of the transaction between their mother and the defendants regarding the sale of land/parcels: 0581-55-7997 (0.88 acres); 0581-56-5426 (8.84 acres); 0581-65-0601 (4.97 acres): located in Wade North Carolina.

32. Plaintiffs allege that the above defendants, individually and together, engaged in an unlawful, systematic, and felonious land grabbing scheme designed to swindle the Plaintiffs Out of 15.2 acres/parcels of land: 0581-55-7997 (0.88 acres); 0581-56-5426 (8.84 acres); 0581-65-0601 (4.87 acres), located in Wade North Carolina,28395.

33. The Plaintiffs allege that the Defendants Knowingly engaged in an inappropriate Business transaction with the Plaintiffs Mother Erma Jacobs, who the defendants had to have been aware after talking to her that she was not competent to represent herself in such a deal due to cognitive impairment later diagnosed as Dementia and Alzheimer's.

34. The Plaintiffs further allege that the plot to grab the land from the Plaintiffs mother Erma Jacobs developed after the defendant Patrick Philyaw's first contact with her regarding The sale of timber om the property in question, and learning of her obvious cognitive Impairment.

(6)

35. The Plaintiffs further allege that the defendants unlawful actions are demonstrated where they execute the transactions/sale of the land/parcels: 0581-55-7997 (0.88 acres); 0581-56-5426 (8.84 acres); 0581-65-0601 (4.97 acres), without involving, contacting, alerting The other three (3) grantors, Plaintiffs and their father James R Jacobs, whose name also appears on the original deed and without whom the Plaintiffs mother Erma Jacobs was not authorized to sale the property in question.

36. Consequently, the transaction that took place between the Plaintiffs mother Erma Jacobs and the defendants must deem invalid and without face of law. Where the negotiations with the Plaintiffs mother Erma Jacobs were illegal. Any contractual agreement is In violation of the law, and the transfers of ownership is invalid.

37. Accordingly, the plaintiffs are asking the court to stop all actions and the sale of said Parcels that are posted for sale, by George Autry owner of Farm and Land Realty, which are Included together with the equivalent of 116 acres of land until such time as this complaint is resolved.

(7)

## PLAINTIFFS SEEK THE FOLLOWING RELIEF

WHEREFORE, the Plaintiffs request that his Honorable Court enter a Judgment against each of THE DEFENDANTS GRANTING THE Plaintiffs compensatory damages in the form of full restoration of their property: 0581-55-7997 (0.88 acres); 0581-56-5426 (8.84 acres); 0581-65-0601 (4.97 acres), recorded on the original deed, located in Wade North Carolina, 28395, and payment for any damage or removal of timber or any other material from that Property. The Plaintiffs also request that this Honorable Court Grant the Plaintiffs judgment against each defendant, granting the Plaintiffs the sum of $10,000,000 for punitive damages. also Plaintiffs are asking that the court grant the Sum of $7,000 for lost wages/sick time, during The year 2016, also the Plaintiffs are asking that a jury be present when and if the case moves to trail.

2/27/17
Date

*James Jacob*
*Barbara Kepler*
Signature(s)
324 West 9th St Chester PA 19013
325 West 9th St Chester PA 19013

(8)