UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES JACOBS | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JOHN W. DEES-DEES LAW FIRM, | ) | |
| PATRICK PHILYAW-RALEIGH LAND | ) | No. 5:17-cv-104-FL |
| & TIMBER ASSOCIATES; ROBERT E. | ) | |
| BETHEA AND HENRIETTA BETHEA; | ) | |
| WILLIAM C. DAUGHTRY, | ) | |
|     Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant Dees's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 28, 2018, and for the reasons set forth more specifically therein, that defendant Dees's motion for summary judgment is granted.

**This Judgment Filed and Entered on September 28, 2018, and Copies To:**

James Jacobs  (via US mail to 324 West 9th Street, Chester, PA 19013)
Tommy W. Jarrett  (via CM/ECF Notice of Electronic Filing)

September 28, 2018          PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk